PEOPLE *v* SMITH. Appeal from Recorder's Court of Detroit, John R. Murphy, J. Submitted Division 1 February 1, 1972, at Detroit. (Docket No. 11258.) Decided February 18, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Leonard Meyers,* Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, and *Jane Burgess,* Assistant Defender, for defendant.

Before: V. J. BRENNAN, P. J., and LEVIN and TARGONSKI, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty to assault with intent to rob being armed and he appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record it is manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Motion to affirm is granted.

PEOPLE *v* McLEMORE. Appeal from Recorder's Court of Detroit, Geraldine Bledsoe Ford, J. Submitted Division 1 January 10, 1972, at Detroit. (Docket No. 11534.) Decided February 18, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *David Bortman,* Assistant Prosecuting Attorney, for the people.

*Carl Ziemba,* for defendant on appeal.

Before: V. J. BRENNAN, P. J., and J. H. GILLIS and VAN VALKENBURG, JJ.

MEMORANDUM OPINION. Defendant was tried and found guilty by a jury of armed robbery, MCLA 750.529; MSA 28.797, was sentenced to 7–1/2 to 15 years in prison and now appeals.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.